GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar Number: 112613
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    Email: russell.chittenden@usdoj.gov

JS - 6

Attorneys for Defendant Secretary of the United States Department of Health and Human Services

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIN Y. YUNG, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | No. CV 09-01932 MMM (PLAx) <br><br> ORDER DISMISSING ACTION [PROPOSED] |

    IT IS HEREBY ORDERED that this action be dismissed without prejudice, each side to bear it own costs.

    DATED: December 11, 2009

*Margaret M. Morrow*
UNITED STATES DISTRICT JUDGE